# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

June 1, 2005

Theodore J. Tacconelli, Esquire
Ferry, Joseph & Pearce, P.A.
P. O. Box 1351
Wilmington, DE 19899

Kurt Michael Heyman, Esquire
The Bayard Firm
P. O. Box 25130
Wilmington, DE 19899

Jeffrey L. Moyer, Esquire
Richards, Layton & Finger
P. O. Box 551
Wilmington, DE 19899

Neal J. Levitsky, Esquire
Fox Rothchild LLP
919 N. Market Street, Ste 1300
Wilmington, DE 19899

RE: Segen v. Comvest Venture, et al.
Civil Action No. 04-822 JJF

Dear Counsel:

Pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16.2, the Court requests that counsel confer and submit to the Court a Proposed Pretrial Scheduling Order on or before **Monday, June 20, 2005**.

Attached is a sample form of Order which should serve as a basis for your discussions. The Court schedules jury trials to commence within sixteen (16) months from the date of filing. If there is no demand for a jury trial or if the parties waive trial by jury, trial can be scheduled within four (4) to nine (9) months from the date the case was filed. When discussing the schedule of this matter, please account for all the events that can adversely affect your preparation for the trial.

If either party believes that a conference with the Court is needed, please direct any requests or questions regarding the scheduling and management of the above matter to Case Manager Debbie Krett at (302) 573-6168.

Sincerely,

JOSEPH J. FARNAN, JR.

JJFjr:dk
Attachment
cc: Clerk, U.S. District Court