IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LEON SEGEN, derivatively on behalf : 
of Intraware, Inc., :
 :
    Plaintiff, :
 :
v. : Civ. Action No. 04-822 JJF
 :
COMVEST VENTURE PARTNERS, LP; COMVEST :
MANAGEMENT, LLC; COMMONWEALTH :
ASSOCIATES MANAGEMENT COMPANY, INC.; :
COMMONWEALTH ASSOCIATES, LP; RMC :
CAPITAL LLC; MICHAEL S. FALK; ROBERT :
PRIDDY; TRAVIS L. PROVOW; KEITH :
ROSENBLOOM; INTRAWARE INC., :
 :
    Defendants. :

## O R D E R

At Wilmington this 2 day of June 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1) The Motion To Dismiss The Complaint (D.I. 5) filed by Defendants ComVest Venture Partners, LP, ComVest Management, LLC, Commonwealth Associates Management Company, Inc., Commonwealth Associates LP, Michael S. Falk, Travis L. Provow, and Keith Rosenbloom is **DENIED**; and

2) The Motion To Dismiss (D.I. 8) filed by Defendants Robert Priddy and RMC Capital, LLC is **DENIED**.

                                   /s/ Joseph J. Farnan, Jr.
                                   UNITED STATES DISTRICT JUDGE