IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEON SEGEN, derivatively on behalf of INTRAWARE INC., Plaintiff, v. COMVEST VENTURE PARTNERS, LP, COMVEST MANAGEMENT, LLC, COMMONWEALTH ASSOCIATES MANAGEMENT COMPANY, INC., COMMONWEALTH ASSOCIATES, L.P., RMC CAPITAL, LLC, MICHAEL S. FALK, ROBERT PRIDDY, TRAVIS L. PROVOW, KEITH ROSENBLOOM and INTRAWARE, INC., Defendants. | C.A. No. 04-822-JJF |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, between the parties hereto, by and through their undersigned counsel and subject to the approval of the Court, that the time within which Defendants have to answer Plaintiff's Complaint is extended through and including July 7, 2005.

_____
Theodore J. Tacconelli (#2678)
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
PO Box 1351
Wilmington, DE 19899-1351
(302) 575-1555
Attorneys for Plaintiff

_____
Jeffrey L. Moyer (#3309)
Sriniva M. Raju (#3313)
Richards, Layton & Finger, P.A.
One Rodney Square, PO Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendants Comvest Venture Partners, LP, Comvest Management, LLC, Commonwealth Associates Management Company, Inc., Commonwealth Associates, L.P., Michael S. Falk, Travis L. Provow, and Keith Rosenbloom

Dated: June 10, 2005

Dated: June 13, 2005

RLF1-2885767-1

OF COUNSEL:

Paul D. Wexler, Esquire
Bragar Wexler Eagel
 & Morgenstern, P.C.
885 Third Avenue, Suite 3040
New York, NY 10022
(212) 308-5858

-and-

Glenn F. Ostrager, Esquire
Ostrager Chong Flaherty & Broitman P.C.
250 Park Avenue, Suite 825
New York, NY 10177-0899
(212) 681-0600

OF COUNSEL:

Clifford Thau, Esquire
Steven R. Paradise, Esquire
Sean Bukowski, Esquire
Vinson & Elkins, L.L.P.
New York, NY 10103-0040
(212) 237-0000

_____
Neal J. Levitsky (#2092)
Fox Rothschild LLP
919 N. Market Street, Suite 1300
Wilmington, DE 19899-2323
(302) 622-4200
Attorneys for Defendants
RMC Capital, LLC and Robert Priddy

Dated: June ___, 2005

OF COUNSEL:

Robert N. Dokson
Ellis, Funk, Goldberg, Labovitz
    & Dokson, P.C.
One Securities Centre, Suite 400
3490 Piedmont Road
Atlanta, GA 30305
(404) 233-2800

IT IS SO ORDERED, on this _____ day of _____, 2005

_____
United States District Judge