# FERRY, JOSEPH & PEARCE, P. A.

ATTORNEYS AT LAW
824 MARKET STREET
SUITE 904
P. O. BOX 1351
WILMINGTON, DELAWARE 19899

(302) 575-1555

DAVID J. FERRY, JR.*
MICHAEL B. JOSEPH +
ROBERT K. PEARCE
THEODORE J. TACCONELLI *
EDWARD F. KAFADER
JOHN D. MATTEY
RICK S. MILLER
JASON C. POWELL
LISA L. COGGINS **
STEVEN G. WEILER ++
THOMAS R. RIGGS

TELEFAX
(302) 575-1714

www.ferryjoseph.com

ARTHUR F. DISABATINO
(1938-2001)

(*ALSO PA BAR)
(+ALSO NJ BAR)
(**ALSO FL, MA AND NY BARS)
(++NJ BAR ONLY)

June 22, 2005

**BY HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Wilmington, DE 19801

  RE: **Leon Segen, et al. v. Comvest Venture Partners, LP, et al.**
     **C.A. No.: 04-822-JJF**

Dear Judge Farnan:

  As requested, this letter is to advise the Court that the proposed scheduling order filed on June 20, 2005 is in fact a joint scheduling order.

                Respectfully,

                THEODORE J. TACCONELLI

TJT/meh
cc: Neal J. Levitsky, Esq.
  Jeffrey L. Moyer, Esq.
  Kurt M. Heyman, Esq.