IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEON SEGEN, derivatively on behalf of INTRAWARE INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-822-JJF |
| COMVEST VENTURE PARTNERS, LP, et al, | : |
| Defendants. | : |

## O R D E R

WHEREAS, pursuant to Fed. R. Civ. P. 16 and D. Del. L.R. 16.2 (a) and (b) the Court entered a Rule 16 Scheduling Order on June 23, 2005;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Pretrial Conference will be held on **Thursday, June 8, 2006 at 10:30 a.m.** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

2) Trial will commence at **9:30 a.m. on Monday, July 17, 2006** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

June 27, 2005
DATE

UNITED STATES DISTRICT JUDGE