## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

LEON SEGEN, derivatively on behalf
of INTRAWARE, INC.

     Plaintiff,

v.

COMVEST VENTURE PARTNERS, LP,
COMVEST MANAGEMENT, LLC,
COMMONWEALTH ASSOCIATES MANAGEMENT
COMPANY, INC., COMMONWEALTH
ASSOCIATES, L.P., RMC CAPITAL,
LLC, MICHAEL S. FALK, ROBERT
PRIDDY, TRAVIS L. PROVOW, KEITH
ROSENBLOOM and INTRAWARE, INC.,

     Defendants.

Civil Action No. 04-822-JJF

### NOTICE OF DEPOSITIONS

      Pursuant to Rule 30(a)(1) and 30(b)(6) of the Federal
Rules of Civil Procedure, plaintiff gives notice that it will
take the depositions of defendants as described below, at the
offices of Bragar Wexler Eagel & Morgenstern, PC, 885 Third
Avenue, New York, New York 10022 as follows:

| Deponent | Date & Time |
|---|---|
| Michael S. Falk | August 22, 2005<br>At 10:00 A.M. |
| Robert Priddy | August 23, 2005<br>At 10:00 A.M. |

Keith Rosenbloom                          August 24, 2005
                                          At 10:00 A.M.

Travis L. Provow                          August 25, 2005
                                          At 10:00 A.M.

Comvest Venture                           August 26, 2005
Partners, L.P.                            At 10:00 A.M.
(by an officer or director
knowledgeable about the
issues in the case)

Comvest Management, LLC                   August 26, 2005
(by an officer or director                At 2:00 P.M.
knowledgeable about the
issues in the case)

Commonwealth Associates                   August 29, 2005
Management Company, Inc.                   At 10:00 A.M.
(by an officer or director
knowledgeable about the
issues in the case)

Commonwealth Associates L.P.              August 29, 2005
(by an officer or director                At 2:00 P.M.
knowledgeable about the
issues in the case)

R.M.C. Capital, LLC                       August 30, 2005
(by an officer or director                At 10:00 A.M.
knowledgeable about the
issues in the case)

Intraware, Inc.                           August 30, 2005
(by an officer or director                At 2:00 P.M.
knowledgeable about the
issues in the case)

2

The depositions will be conducted according to the provisions of Rule 30 of the Federal Rules of Civil Procedure by oral examination before a Notary Public or other person duly authorized by the Court to administer oaths and will continue from day to day until completed. The subject matter of the oral examinations include the issues raised in the complaint and the answers filed by defendants. You are invited to attend and cross-examine.

Dated: July 15, 2005

FERRY, JOSEPH & PEARCE, P.A.

Theodore J. Tacconelli (No. 2678)
824 Market Street
Suite 904
P.O. Box 1351
Wilmington, Delaware 19899
(302) 575-1555
Local Counsel for Plaintiff

-and-

3

BRAGAR WEXLER EAGEL
 & MORGENSTERN, PC
885 Third Avenue
New York, New York 10022
(212) 308-5858

-and-

OSTRAGER CHONG FLAHERTY
   & BROITMAN P.C.
250 Park Avenue
New York, New York 10177
(212) 681-0600

Co-Counsel for Plaintiff

4

## CERTIFICATE OF SERVICE

I, hereby certify that on July 15, 2005, I electronically filed a Notice of Depositions with

the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Jeffrey L. Moyer, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19899

Neal J. Levitsky, Esquire
FOX ROTHSCHILD LLP
919 N. Market Street, Suite 1300
Wilmington, DE 19899-2323

Kurt Heyman, Esquire
THE BAYARD FIRM
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

I, hereby certify that on July 15, 2005, I have mailed by United States Postal Service, the

document to the following non-registered participants:

Clifford Thau, Esquire
Steven R. Paradise, Esquire
Sean Bukowski, Esquire
VINSON & ELKINS, L.L.P.
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040

Robert N. Dokson, Esquire
ELLIS, FUNK, GOLDBERG, LABOVITZ & DOKSON, P.C.
One Securities Centre, Suite 400
3490 Piedmont Road
Atlanta, GA 30305

/s/ Theodore J. Tacconelli
Ferry, Joseph & Pearce, P.A.
824 Market Street
(302) 575-1555
ttacconelli@ferryjoseph.com