IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEON SEGEN, Derivatively on Behalf of INTRAWARE, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| | ) Civil Action No. 04-822-JJF |
| COMVEST VENTURE PARTNERS, LP, COMVEST MANAGEMENT, LLC, COMMONWEALTH ASSOCIATES MANAGEMENT COMPANY, INC., COMMONWEALTH ASSOCIATES, LP, RMC CAPITAL, LLC, MICHAEL S. FALK, ROBERT PRIDDY, TRAVIS L. PROVOW, KEITH ROSENBLOOM and INTRAWARE, INC., | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**ENTRY OF APPEARANCE**

PLEASE ENTER the appearance of Alyssa M. Schwartz and the firm of Richards, Layton & Finger in the above-captioned action as counsel to defendants Comvest Venture Partners, LP, Comvest Management, LLC, Commonwealth Associates Management Company, Inc., Commonwealth Associates, L.P., Michael S. Falk, Travis L. Provow, and Keith Rosenbloom.

OF COUNSEL:

Clifford Thau
Steven R. Paradise
Sean Bukowski
Vinson & Elkins L.L.P.
666 Fifth Avenue, 26th Floor
New York, NY  10103-0040
(212) 237-0000


Dated: July 18, 2004

*/s/ Jeffrey L. Moyer*
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Srinivas M. Raju (#3313)
raju@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19899
(302) 651-7700
   Attorneys for Defendants Comvest Venture Partners, LP, Comvest Management, LLC, Commonwealth Associates Management Company, Inc., Commonwealth Associates, LP, RMC Capital, LLC, Michael S. Falk, Robert Priddy, Travis L. Provow, and Keith Rosenbloom

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2005, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Theodore J. Tacconelli
Ferry Joseph & Pearce, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899

Neal J. Levitsky
Fox Rothschild LLP
919 N. Market Street, Suite 1300
Wilmington, DE 19899-2323

I hereby certify that on July 18, 2005, I have Federal Expressed the document(s) to the following non-registered participants:

Paul D. Wexler
Bragar, Wexler, Eagel & Morgenstern, P.C.
885 Third Avenue
New York, NY 10022

Glenn F. Ostrager
Ostrager Chong Flaherty & Broitman, P.C.
250 Park Avenue
New York, NY 10177-0899

Robert N. Dokson
Ellis, Funk, Goldberg, Labovitz & Dokson
One Securities Centre, Suite 400
3490 Piedmont Road
Atlanta, GA 30305

/s/ Alyssa M. Schwartz
Alyssa M. Schwartz (#4351)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
schwartz@rlf.com

RLF1-2900288-1