## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two (2) copies of **Answer of Defendant's Robert Priddy and RMC Capital, LLC** were served this 19th day of July, 2005 upon the following individuals in the manner specified:

Theodore J. Tacconelli, Esq.
Ferry Joseph & Pearce, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899
*(Via Hand Delivery)*

Jeffrey L. Moyer, Esq.
Srinivas M. Raju, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
*(Via Hand Delivery)*

Paul D. Wexler, Esq.
Bragar, Wexler, Eagel & Morgenstern, P.C.
885 Third Avenue
New York, New York 10022
*(Via First Class Mail, postage prepaid)*

Clifford Thau, Esq.
Steven R. Paradise, Esq.
Sean Bukowski, Esq.
Vinson & Elkins, L.L.P.
666 Fifth Avenue, 26th Floor
New York, New York 10103-0040
*(Via First Class Mail, postage prepaid)*

Glenn F. Ostrager, Esq.
Ostrager Chong Flaherty & Broitman, P.C.
250 Park Avenue
New York, New York 10177-0899
*(Via First Class Mail, postage prepaid)*

Kurt M. Heyman, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware  19899-5130
***(Via Hand Delivery)***

_____
Neal J. Levitsky, Esquire (Bar Id No. 2092)

- 1 -