# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Leon Segen, derivatively on behalf of Intraware, Inc., <br>     Plaintiff <br><br> v. <br><br> Comvest Venture Partners, LP, Comvest Management, LLC, Commonwealth Associates Management Company, Inc., Commonwealth Associates, L.P., RMC Capital, LLC, Michael S. Falk, Robert Priddy, Travis L. Provow, Keith Rosenbloom and Intraware, Inc., <br>     Defendants. | Civil Action File No. 04-822-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies a copy of **Defendants Robert Priddy's and RMC Capital, LLC's Disclosures Pursuant to F.R.C.P. Rule 26 (1) (a)**, was served this 28th day of July, 2005 by First Class Mail, postage prepaid upon the following individuals:

Theodore J. Tacconelli, Esq
Ferry Joseph & Pearce, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899

Jeffrey L. Moyer, Esq.
Srinivas M. Raju, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899

Paul D. Wexler, Esq.
Bragar, Wexler, Eagel & Morgenstern, P.C.
885 Third Avenue
New York, New York 10022

- 7 -

Clifford Thau, Esq.
Steven R. Paradise, Esq.
Sean Bukowski, Esq.
Vinson & Elkins, L.L.P.
666 Fifth Avenue, 26th Floor
New York, New York  10103-0040

Glenn F. Ostrager, Esq.
Ostrager Chong Flaherty & Broitman, P.C.
250 Park Avenue
New York, New York  10177-0899

Kurt M. Heyman, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware  19899-5130

/s/ Seth A. Niederman, Esquire
Seth A. Niederman, Esquire