IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEON SEGEN, derivatively on behalf of<br>INTRAWARE, INC., :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>COMVEST VENTURE PARTNERS, LP, :<br>COMVEST MANAGEMENT, LLC, :<br>COMMONWEALTH ASSOCIATES :<br>MANAGEMENT COMPANY, INC., :<br>COMMONWEALTH ASSOCIATES, L.P., :<br>RMC CAPITAL, LLC, MICHAEL S. FALK, :<br>ROBERT PRIDDY, TRAVIS L. PROVOW, :<br>KEITH ROSENBLOOM and :<br>INTRAWARE, INC., :<br>:<br>Defendants. : | C.A. No. 04-822 JJF |

## NOTICE OF SERVICE

TO:   Theodore J. Tacconelli, Esquire          Jeffrey L. Moyer, Esquire
       Ferry Joseph & Pearce, P.A.               Richards, Layton & Finger
       824 North Market Street, Suite 904      Once Rodney Square
       P.O. Box 1351                                      P.O. Box 19899
       Wilmington, DE 19801                    Wilmington, DE 19899

       Neal J. Levitsky, Esquire
       Fox Rothschild LLP
       919 North Market Street, Suite 1300
       P.O. Box 2323
       Wilmington, DE 19899

       PLEASE TAKE NOTICE that Nominal Defendant Intraware, Inc.'s Initial Disclosures were served electronically on counsel listed above on July 28, 2005.

595669v1

2

        THE BAYARD FIRM

        */s/ Kurt M. Heyman*
        Kurt M. Heyman (# 3054)
        222 Delaware Avenue, Suite 900
        P.O. Box 25130
        Wilmington, DE 19899
        (302) 655-5000
        Email: kheyman@bayardfirm.com

        Attorney for Nominal Defendant Intraware, Inc.

DATED:      July 28, 2005