IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEON SEGEN, derivatively on behalf of INTRAWARE, INC.<br><br>Plaintiff,<br><br>v.<br><br>COMVEST VENTURE PARTNERS, LP, COMVEST MANAGEMENT, LLC, COMMONWEALTH ASSOCIATES MANAGEMENT COMPANY, INC., COMMONWEALTH ASSOCIATES, L.P., RMC CAPITAL, LLC, MICHAEL S. FALK, ROBERT PRIDDY, TRAVIS L. PROVOW, KEITH ROSENBLOOM and INTRAWARE, INC.<br><br>Defendants. | Civil Action No. 04-822-JJF |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on July 29, 2005, true and correct copies of Initial Disclosures by Defendants Comvest Venture Partners, LP, Comvest Management, LLC, Commonwealth Associates Management Company, Inc., Commonwealth Associates, LP, Michael S. Falk, Robert Priddy, Travis L. Provow, and Keith Rosenbloom were served upon the below-named counsel of record in the following manner:

**BY HAND DELIVERY:**
Theodore J. Tacconelli, Esquire
Ferry Joseph & Pearce, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899

**BY HAND DELIVERY**
Neal J. Levitsky, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 1300
Wilmington, DE 19899-2323

**BY HAND DELIVERY**
Kurt Heyman, Esquire
The Bayard Firm
222 Delaware Avenue
9th Floor
Wilmington, DE 19801

RLF1-2905700-1

I hereby certify that on July 29, 2005, I have sent by First Class Regular Mail document(s) to the following non-registered participants:

Paul D. Wexler, Esquire
Bragar, Wexler, Eagel & Morgenstern, P.C.
885 Third Avenue
New York, NY 10022

Robert N. Dokson, Esquire
Ellis, Funk, Goldberg, Labovitz & Dokson
One Securities Centre, Suite 400
3490 Piedmont Road
Atlanta, GA 30305

Glenn F. Ostrager, Esquire
Ostrager Chong Flaherty & Broitman, P.C.
250 Park Avenue
New York, NY 10177-0899

OF COUNSEL:

Clifford Thau
Steven R. Paradise
Sean Bukowski
Vinson & Elkins LLP
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040
(212) 237-0000

Jeffrey L. Moyer (#3309)
moyer@rlf.com
Srinivas M. Raju (#3313)
raju@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendants Comvest Venture Partners, LP, Comvest Management, LLC, Commonwealth Associates Management Company, Inc., Commonwealth Associates, LP, Michael S. Falk, Robert Priddy, Travis L. Provow, and Keith Rosenbloom

Dated: July 29, 2005

RLF1-2905700-1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2005, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Theodore J. Tacconelli, Esquire
Ferry Joseph & Pearce, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899

Neal J. Levitsky, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 1300
Wilmington, DE 19899-2323

Kurt Heyman, Esquire
The Bayard Firm
222 Delaware Avenue
9th Floor
Wilmington, DE 19801

I hereby certify that on July 29, 2005, I have sent by First Class Regular Mail document(s) to the following non-registered participants:

Paul D. Wexler, Esquire
Bragar, Wexler, Eagel & Morgenstern, P.C.
885 Third Avenue
New York, NY 10022

Glenn F. Ostrager, Esquire
Ostrager Chong Flaherty & Broitman, P.C.
250 Park Avenue
New York, NY 10177-0899

Robert N. Dokson, Esquire
Ellis, Funk, Goldberg, Labovitz & Dokson
One Securities Centre, Suite 400
3490 Piedmont Road
Atlanta, GA 30305

---
Jeffrey L. Moyer (#3309)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
moyer@rlf.com

RLF1-2901283-1