IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEON SEGEN, derivatively on behalf of INTRAWARE, INC., | : : : |
| Plaintiff, | : : |
| v. | : |
| COMVEST VENTURE PARTNERS, LP, COMVEST MANAGEMENT, LLC, COMMONWEALTH ASSOCIATES MANAGEMENT COMPANY, INC., COMMONWEALTH ASSOCIATES, L.P., RMC CAPITAL, LLC, MICHAEL S. FALK, ROBERT PRIDDY, TRAVIS L. PROVOW, KEITH ROSENBLOOM and INTRAWARE, INC., | : : : : : : : : : : |
| Defendants. | : : |

C.A. No. 04-822 JJF

## **NOTICE OF SERVICE**

TO:   Theodore J. Tacconelli, Esquire        Jeffrey L. Moyer, Esquire
      Ferry Joseph & Pearce, P.A.          Richards, Layton & Finger
      824 North Market Street, Suite 904    Once Rodney Square
      P.O. Box 1351                    P.O. Box 19899
      Wilmington, DE 19801           Wilmington, DE 19899

      Neal J. Levitsky, Esquire
      Fox Rothschild LLP
      919 North Market Street, Suite 1300
      P.O. Box 2323
      Wilmington, DE 19899

     PLEASE TAKE NOTICE that Nominal Defendant Intraware, Inc.'s Response to Plaintiff's

First Request for Documents and Things were served electronically and via hand delivery on counsel

listed above on August 15, 2005.

595736v1

THE BAYARD FIRM

Kurt M. Heyman (#3054)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
Email: kheyman@bayardfirm.com

Attorney for Nominal Defendant Intraware, Inc.

DATED:      August 15, 2005