IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LEON SEGEN, derivatively on behalf of INTRAWARE INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 04-822-JJF |
| COMVEST VENTURE PARTNERS, LP, COMVEST MANAGEMENT, LLC, COMMONWEALTH ASSOCIATES MANAGEMENT COMPANY, INC., COMMONWEALTH ASSOCIATES, L.P., RMC CAPITAL, LLC, MICHAEL S. FALK, ROBERT PRIDDY, TRAVIS L. PROVOW, KEITH ROSENBLOOM and INTRAWARE, INC., | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, to extend the time for which Defendants Comvest Venture Partners, LP, Comvest Management, LLC, Commonwealth Associates Management Company, Inc., Commonwealth Associates, L.P., Michael S. Falk, Travis L. Provow, and Keith Rosenbloom and Defendants RMC Capital, LLC and Robert Priddy shall respond to Plaintiff's First Request for Production of Documents and Things is extended through and including September 19, 2005.

WM1A 61564v1 08/10/05

_____
Theodore J. Tacconelli (#2678)
ttacconelli@ferryjoseph.com
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351
(302) 575-1555

*Attorneys for Plaintiff*

Dated: August *16*, 2005

_____
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Srinivas M. Raju (#3313)
raju@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

*Attorneys for Defendants Comvest Venture Partners, LP, Comvest Management, LLC, Commonwealth Associates Management Company, Inc., Commonwealth Associates, L.P., Michael S. Falk, Travis L. Provow, and Keith Rosenbloom*

Dated: August *15*, 2005

_____
Neal J. Levitsky (#2092)
nlevitsky@foxrothschild.com
Fox Rothschild LLP
919 N. Market Street, Suite 1300
Wilmington, DE 19899
(302) 622-4200

*Attorneys for Defendant RMC Capital, LLC and Robert Priddy*

Dated: August *16* 2005

IT IS SO ORDERED, this ____ day of _____, 2005.

_____
United States District Judge