# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LEON SEGEN, derivatively on behalf of INTRAWARE INC., | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 04-822-JJF |
| COMVEST VENTURE PARTNERS, LP, et al., | : : : | |
| Defendants. | : | |

## ORDER

At Wilmington this **22nd** day of **August, 2005**.

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, August 23, 2005 at 10:00 a.m. EST** with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE