IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LEON SEGEN, derivatively on behalf of INTRAWARE INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 04-822-JJF |
| COMVEST VENTURE PARTNERS, LP, COMVEST MANAGEMENT, LLC, COMMONWEALTH ASSOCIATES MANAGEMENT COMPANY, INC., COMMONWEALTH ASSOCIATES, L.P., RMC CAPITAL, LLC, MICHAEL S. FALK, ROBERT PRIDDY, TRAVIS L. PROVOW, KEITH ROSENBLOOM and INTRAWARE, INC., | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION

IT IS HEREBY STIPULATED BY AND BETWEEN COUNSEL for the Plaintiff and Defendants RMC Capital, LLC and Robert Priddy, that Defendants RMC Capital, LLC and Robert Priddy shall be permitted to file an Amended Answer in the form attached to this Stipulation.

| FERRY JOSEPH & PEARCE, P.A. | FOX ROTHSCHILD LLP |
|---|---|
| /s/ Theodore J. Tacconelli | /s/ Neal J. Levitsky |
| Theodore J. Tacconelli, Esquire (#2678) | Neal J. Levitsky, Esquire (#2902) |
| 824 North Market Street, Suite 904 | 919 N. Market Street, Suite 1300 |
| PO Box 1351 | PO Box 2323 |
| Wilmington, DE 19899 | Wilmington, DE 19899-2323 |
| (302) 575-1555 | (302) 622-4200 |
| *Attorneys for Plaintiff Leon Segen, et. al.* | *Attorneys for Defendants RMC Capital, LLC and Robert Priddy* |
| Dated: August 25, 2005 | Dated: August 25, 2005 |

WM1A 62310v1 08/23/05