IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LEON SEGEN, derivatively on behalf of INTRAWARE INC., <br><br> Plaintiff, <br><br> v. <br><br> COMVEST VENTURE PARTNERS, LP, COMVEST MANAGEMENT, LLC, COMMONWEALTH ASSOCIATES MANAGEMENT COMPANY, INC., COMMONWEALTH ASSOCIATES, L.P., RMC CAPITAL, LLC, MICHAEL S. FALK, ROBERT PRIDDY, TRAVIS L. PROVOW, KEITH ROSENBLOOM and INTRAWARE, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 04-822-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of Defendants Robert Priddy and RMC Capital, LLC's First Request for Admissions Directed to Plaintiff were served this 29th day of August, 2005 upon the individuals listed below in the manner specified:

Theodore J. Tacconelli, Esq.
Ferry Joseph & Pearce, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899
*(Via Hand Delivery)*

Jeffrey L. Moyer, Esq.
Srinivas M. Raju, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
*(Via Hand Delivery)*

WM1A 62706v1 08/29/05

Paul D. Wexler, Esq.
Bragar, Wexler, Eagel & Morgenstern, P.C.
885 Third Avenue
New York, New York 10022
*(Via First Class Mail, postage prepaid)*

Clifford Thau, Esq.
Steven R. Paradise, Esq.
Sean Bukowski, Esq.
Vinson & Elkins, L.L.P.
666 Fifth Avenue, 26th Floor
New York, New York 10103-0040
*(Via First Class Mail, postage prepaid)*

Glenn F. Ostrager, Esq.
Ostrager Chong Flaherty & Broitman, P.C.
250 Park Avenue
New York, New York 10177-0899
*(Via First Class Mail, postage prepaid)*

Kurt M. Heyman, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899-5130
*(Via Hand Delivery)*

FOX ROTHSCHILD LLP

By: **/s/ Neal J. Levitsky, Esquire**
Neal J. Levitsky, Esquire (No. 2092)
919 N. Market Street, Suite 1300
Wilmington, DE 19899-2323
(302) 622-4200

- and –

OF COUNSEL:
Robert N. Dokson, Esquire
Ellis, Funk, Goldberg, Labovitz & Dokson, P.C.
One Securities Center, Suite 400
3490 Piedmont Road
Atlanta, Georgia 30305

*Attorneys for Defendants RMC Capital, LLC and Robert Priddy*

Dated: August 29, 2005

WM1A 62706v1 08/29/05