IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LEON SEGEN, derivatively<br>on behalf of INTRAWARE INC., | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | C.A. No. 04-822-JJF |
| COMVEST VENTURE PARTNERS, LP,<br>COMVEST MANAGEMENT, LLC,<br>COMMONWEALTH ASSOCIATES<br>MANAGEMENT COMPANY, INC.,<br>COMMONWEALTH ASSOCIATES, L.P.,<br>RMC CAPITAL, LLC, MICHAEL S. FALK,<br>ROBERT PRIDDY, TRAVIS L. PROVOW,<br>KEITH ROSENBLOOM and<br>INTRAWARE, INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that two (2) copies of Defendants Robert Priddy's and RMC Capital, LLC's Responses and Objections to Plaintiff's First Request for Production of Documents and Things were served this 19th day of September, 2005 on the individuals listed below in the manner specified:

Theodore J. Tacconelli, Esq.
Ferry Joseph & Pearce, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899
*(Via Hand Delivery)*

Jeffrey L. Moyer, Esq.
Srinivas M. Raju, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
*(Via Hand Delivery)*

WM1A 64020v1 09/16/05

Paul D. Wexler, Esq.
Bragar, Wexler, Eagel & Morgenstern, P.C.
885 Third Avenue
New York, New York 10022
*(Via First Class Mail, postage prepaid)*

Clifford Thau, Esq.
Steven R. Paradise, Esq.
Sean Bukowski, Esq.
Vinson & Elkins, L.L.P.
666 Fifth Avenue, 26th Floor
New York, New York 10103-0040
*(Via First Class Mail, postage prepaid)*

Glenn F. Ostrager, Esq.
Ostrager Chong Flaherty & Broitman, P.C.
250 Park Avenue
New York, New York 10177-0899
*(Via First Class Mail, postage prepaid)*

Kurt M. Heyman, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware  19899-5130
*(Via Hand Delivery)*

|  |  |
|---|---|
|  | **FOX ROTHSCHILD LLP** |
| By: | /s/ **Neal J. Levitsky, Esquire** |
|  | Neal J. Levitsky, Esquire (No. 2092) |
|  | 919 N. Market Street, Suite 1300 |
|  | Wilmington, DE  19899-2323 |
|  | (302) 622-4200 |
|  | - and – |
| OF COUNSEL: | Robert N. Dokson, Esquire |
|  | Ellis, Funk, Goldberg, Labovitz & Dokson, P.C. |
|  | One Securities Center, Suite 400 |
|  | 3490 Piedmont Road |
|  | Atlanta, Georgia 30305 |
|  | *Attorneys for Defendants RMC Capital,* |
| Dated: September, 19, 2005 | *LLC and Robert Priddy* |