IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Leon Segen, derivatively<br>on behalf of Intraware, Inc.,<br>    Plaintiff<br><br>v.<br><br>Comvest Venture Partners, LP, Comvest<br>Management, LLC, Commonwealth<br>Associates Management Company, Inc.,<br>Commonwealth Associates, L.P., RMC Capital,<br>LLC, Michael S. Falk, Robert Priddy,<br>Travis L. Provow, Keith Rosenbloom and<br>Intraware, Inc.,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action File No. 04-822-JJF |

## NOTICE OF DEPOSITION
## OF PAUL D. WEXLER, ESQ.

TO:    Plaintiff Leon Segen c/o his counsel of record
Ferry, Joseph & Pearce, P.A.
attn: Theodore J. Tacconelli, Esq.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware 19899

       and

Bragar, Wexler, Eagel & Morgenstern, P.C.
attn: Paul D. Wexler, Esq.
885 Third Avenue
New York, New York 10022

       and

Ostrager Chong Flaherty & Broitman, P.C.
attn: Glenn F. Ostrager, Esq.
250 Park Avenue
New York, New York 10177-0899

Please be advised that Defendants Robert Priddy ("Priddy") and RMC Capital, LLC ("RMC") (Priddy and RMC hereinafter referred to collectively as "the Priddy Defendants") will take the deposition of Paul D. Wexler, Esq. The deposition will be taken pursuant to the provisions of the Federal Rules of Civil Procedure for all purposes permitted thereunder, including, but not limited to, discovery and cross examination. The deposition will be taken before an officer duly authorized to administer oaths. The date, time and place of the deposition are as set forth below:

Date: October 31, 2005;

Time: beginning at 11:30 a.m. on the aforementioned date and continuing from day to day and time to time until completed;

Place: the offices of Plaintiff's counsel, as follows: Bragar Wexler Eagel & Morgenstern, P.C., 885 Third Avenue, New York, New York 10022 or Ostrager Chong Flaherty & Broitman, P.C., 250 Park Avenue, New York, New York 10177—0899, as chosen by Deponent.

The date, time and place of this deposition shall remain as set forth above, unless any one or more of these items are changed by agreement of all parties.

You are invited to attend this deposition.

This 20 day of September, 2005.

[Signature Next Page]

Respectfully submitted,

Neal J. Levitsky, Esquire (#2962)
Fox Rothschild, LLP
919 N. Market Street, Suite 1300
Wilmington, DE 19899-2323
(302) 622-4200
Attorneys for Defendants RMC Capital,
LLC and Robert Priddy

OF COUNSEL:        Robert N. Dokson, Esquire
                   Ellis, Funk, Goldberg, Labovitz &
                   Dokson, P.C.
                   One Securities Center, Suite 400
                   3490 Piedmont Road
                   Atlanta, Georgia 30305
                   (404) 233-2800

Date: 9/20/W05

K:\CLIENTS\Robbie\Priddy\Priddy - Segen v. Delaware Securities Suit\Pleadings\Notice of Deposition of Plaintiff Leon Segen.doc