IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Leon Segen, derivatively ) <br> on behalf of Intraware, Inc., ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> Comvest Venture Partners, LP, Comvest ) <br> Management, LLC, Commonwealth ) <br> Associates Management Company, Inc., ) <br> Commonwealth Associates, L.P., RMC Capital, ) <br> LLC, Michael S. Falk, Robert Priddy, ) <br> Travis L. Provow, Keith Rosenbloom and ) <br> Intraware, Inc., ) <br>     Defendants. ) | Civil Action File No. 04-822-JJF |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies a copy of **Notice of Deposition of Paul D. Wexler, Esq.**, was served this _20th_ day of _September_, 2005 by hand delivery, upon the following individual:

    Theodore J. Tacconelli, Esq
    Ferry Joseph & Pearce, P.A.
    824 Market Street, Suite 904
    Wilmington, DE 19899

and by First Class mail, postage prepaid on the following individuals:

    Jeffrey L. Moyer, Esq.
    Srinivas M. Raju, Esq.
    Richards, Layton & Finger, P.A.
    One Rodney Square
    Wilmington, DE 19899

    Paul D. Wexler, Esq.
    Bragar, Wexler, Eagel & Morgenstern, P.C.
    885 Third Avenue
    New York, New York 10022

Clifford Thau, Esq.
Steven R. Paradise, Esq.
Sean Bukowski, Esq.
Vinson & Elkins, L.L.P.
666 Fifth Avenue, 26th Floor
New York, New York  10103-0040

Glenn F. Ostrager, Esq.
Ostrager Chong Flaherty & Broitman, P.C.
250 Park Avenue
New York, New York  10177-0899

Kurt M. Heyman, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware  19899-5130

_____
Neal J. Levitsky, Esquire

K:\CLIENTS\Robbie\Priddy\Priddy - Segen v. Delaware Securities Suit\Pleadings\Notice of Deposition of Paul D. Wexler, Esq..doc