IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Leon Segen, derivatively on behalf of Intraware, Inc.,<br>    Plaintiff<br><br>v.<br><br>Comvest Venture Partners, LP, Comvest Management, LLC, Commonwealth Associates Management Company, Inc., Commonwealth Associates, L.P., RMC Capital, LLC, Michael S. Falk, Robert Priddy, Travis L. Provow, Keith Rosenbloom and Intraware, Inc.,<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action File No. 04-822-JJF |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of **Notice of Deposition of Glenn F. Ostrager, Esq.**, was served this 20th day of September, 2005 by hand delivery, upon the following individual:

    Theodore J. Tacconelli, Esq
    Ferry Joseph & Pearce, P.A.
    824 Market Street, Suite 904
    Wilmington, DE  19899

and by First Class mail, postage prepaid on the following individuals:

    Jeffrey L. Moyer, Esq.
    Srinivas M. Raju, Esq.
    Richards, Layton & Finger, P.A.
    One Rodney Square
    Wilmington, DE  19899

    Paul D. Wexler, Esq.
    Bragar, Wexler, Eagel & Morgenstern, P.C.
    885 Third Avenue
    New York, New York 10022

Clifford Thau, Esq.
Steven R. Paradise, Esq.
Sean Bukowski, Esq.
Vinson & Elkins, L.L.P.
666 Fifth Avenue, 26th Floor
New York, New York 10103-0040

Glenn F. Ostrager, Esq.
Ostrager Chong Flaherty & Broitman, P.C.
250 Park Avenue
New York, New York 10177-0899

Kurt M. Heyman, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899-5130

_____
Neal J. Levitsky, Esquire

K:\CLIENTS\Robbie\Priddy\Priddy - Segen v. Delaware Securities Suit\Pleadings\Notice of Deposition of Glenn F. Ostrager, Esq..doc