IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEON SEGEN, derivatively on behalf of INTRAWARE, INC.<br><br>Plaintiff,<br><br>v.<br><br>COMVEST VENTURE PARTNERS, LP, COMVEST MANAGEMENT, LLC, COMMONWEALTH ASSOCIATES MANAGEMENT COMPANY, INC., COMMONWEALTH ASSOCIATES, L.P., RMC CAPITAL, LLC, MICHAEL S. FALK, ROBERT PRIDDY, TRAVIS L. PROVOW, KEITH ROSENBLOOM and INTRAWARE, INC.<br><br>Defendants. | Civil Action No. 04-822-JJF |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on September 19, 2005, true and correct copies of Defendants ComVest Venture Partners, LP; ComVest Management, LLC; Commonwealth Associates Management Company, Inc; Commonwealth Associates, L.P.; Michael S., Falk; Travis L. Provow and Keith Rosenbloom's Responses and Objections to Plaintiff's First Request for Documents and Things (the "ComVest Defendants' Responses and Objections") were served upon the below-named counsel of record in the following manner:

**BY HAND DELIVERY:**

Theodore J. Tacconelli
Ferry Joseph & Pearce, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899

Neal J. Levitsky
Fox Rothschild LLP
919 N. Market Street, Suite 1300
Wilmington, DE 19899-2323

RLF1-2924377-1

**BY FEDERAL EXPRESS
AND FACSIMILE:**

Paul D. Wexler
Bragar, Wexler, Eagel & Morgenstern, P.C.
885 Third Avenue
New York, NY 10022

Glenn F. Ostrager
Ostrager Chong Flaherty & Broitman, P.C.
250 Park Avenue
New York, NY 10177-0899

Robert N. Dokson
Ellis, Funk, Goldberg, Labovitz & Dokson
One Securities Centre, Suite 400
3490 Piedmont Road
Atlanta, GA 30305

On September 20, 2005, a true and correct copy of the ComVest Defendants' Responses and Objections was served upon the below-named counsel of record in the following manner:

**BY ELECTRONIC MAIL**
Kurt Heyman
The Bayard Firm
222 Delaware Avenue
9th Floor
Wilmington, DE 19801

OF COUNSEL:

Clifford Thau
Steven R. Paradise
Sean Bukowski
Vinson & Elkins LLP
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040
(212) 237-0000

Jeffrey L. Moyer (#3309)
moyer@rlf.com
Srinivas M. Raju (#3313)
raju@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendants Comvest Venture Partners, LP, Comvest Management, LLC, Commonwealth Associates Management Company, Inc., Commonwealth Associates, LP, Michael S. Falk, Robert Priddy, Travis L. Provow, and Keith Rosenbloom

Dated: September 20, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Theodore J. Tacconelli
Ferry Joseph & Pearce, P.A.
824 Market Street, Suite 904
Wilmington, DE  19899

Neal J. Levitsky
Fox Rothschild LLP
919 N. Market Street, Suite 1300
Wilmington, DE  19899-2323

Kurt Heyman
The Bayard Firm
222 Delaware Avenue
9th Floor
Wilmington, DE 19801

I hereby certify that on September 20, 2005, I have Federal Expressed the foregoing to the following non-registered participants:

Paul D. Wexler
Bragar, Wexler, Eagel & Morgenstern, P.C.
885 Third Avenue
New York, NY  10022

Glenn F. Ostrager
Ostrager Chong Flaherty & Broitman, P.C.
250 Park Avenue
New York, NY  10177-0899

Robert N. Dokson
Ellis, Funk, Goldberg, Labovitz & Dokson
One Securities Centre, Suite 400
3490 Piedmont Road
Atlanta, GA  30305

/s/ Alyssa M. Schwartz
Alyssa M. Schwartz (#4351)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
schwartz@rlf.com