IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEON SEGEN, derivatively ) <br> on behalf of INTRAWARE, INC., ) <br>  ) <br>       Plaintiff, ) <br> v. ) <br>  ) <br> COMVEST VENTURE PARTNERS, LP, ) <br> COMVEST MANAGEMENT, LLC, ) <br> COMMONWEALTH ASSOCIATES ) <br> MANAGEMENT COMPANY, INC., ) <br> COMMONWEALTH ASSOCIATES, L.P., ) <br> RMC CAPITAL, LLC, MICHAEL S. FALK, ) <br> ROBERT PRIDDY, TRAVIS L. PROVOW, ) <br> KEITH ROSENBLOOM and INTRAWARE, INC., ) <br>  ) <br>       Defendants. ) | C.A. No. 04-822-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that, pursuant to Local Rule 5.4, two copies of

**Plaintiff's Objections and Responses to Defendants' Robert Priddy and RMC Captial,**

**LLC's Requests for Admissions** were served on October 3, 2005, upon the following parties in

the manner indicated below:

### BY HAND DELIVERY

    Jeffrey L. Moyer, Esquire
    Srinivas M. Raju, Esquire
    RICHARDS, LAYTON & FINGER, P.A.
    One Rodney Square
    Wilmington, DE 19899

    Neal J. Levitsky, Esquire
    FOX ROTHSCHILD LLP
    919 N. Market Street, Suite 1300
    Wilmington, DE 19899-2323
    Kurt Heyman, Esquire
    THE BAYARD FIRM
    222 Delaware Avenue, 9th Floor
    Wilmington, DE 19801

**BY FIRST CLASS MAIL**

Clifford Thau, Esquire
Steven R. Paradise, Esquire
Sean Bukowski, Esquire
VINSON & ELKINS, L.L.P.
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040

Robert N. Dokson, Esquire
ELLIS, FUNK, GOLDBERG, LABOVITZ & DOKSON, P.C.
One Securities Centre, Suite 400
3490 Piedmont Road
Atlanta, GA 30305

                                              FERRY, JOSEPH & PEARCE, P.A.

                                              /s/ Theodore J. Tacconelli
                                              Theodore J. Tacconelli (No. 2678)
                                              824 Market Street, Suite 904
                                              Wilmington, DE 19899
                                              (302) 575-1555
Dated: October 3, 2005                        Local Counsel for Plaintiff

OF COUNSEL:

Paul D. Wexler, Esq.
BRAGAR WEXLER EAGEL & MORGENSTERN LLP
855 Third Avenue
New York, NY 10022

Glenn F. Ostrager, Esq.
OSTRAGER CHONG & FLAHERTY LLP
250 Park Avenue, Suite 825
New York, NY 10177

## CERTIFICATE OF SERVICE

I, hereby certify that on October 3, 2005, I electronically filed a Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Jeffrey L. Moyer, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19899

Neal J. Levitsky, Esquire
FOX ROTHSCHILD LLP
919 N. Market Street, Suite 1300
Wilmington, DE 19899-2323

Kurt Heyman, Esquire
THE BAYARD FIRM
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

I, hereby further certify that on October 3, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

Clifford Thau, Esquire
Steven R. Paradise, Esquire
Sean Bukowski, Esquire
VINSON & ELKINS, L.L.P.
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040

Robert N. Dokson, Esquire
ELLIS, FUNK, GOLDBERG, LABOVITZ & DOKSON, P.C.
One Securities Centre, Suite 400
3490 Piedmont Road
Atlanta, GA 30305

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
Ferry, Joseph & Pearce, P.A.
824 Market Street
(302) 575-1555
ttacconelli@ferryjoseph.com