IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Leon Segen, derivatively )<br>on behalf of Intraware, Inc., )<br>      Plaintiff )<br>)<br>v. )<br>)<br>Comvest Venture Partners, LP, Comvest )<br>Management, LLC, Commonwealth )<br>Associates Management Company, Inc., )<br>Commonwealth Associates, L.P., RMC Capital, )<br>LLC, Michael S. Falk, Robert Priddy, )<br>Travis L. Provow, Keith Rosenbloom and )<br>Intraware, Inc., )<br>      Defendants. ) | Civil Action File No. 04-822-JJF |

## REVISED NOTICE OF DEPOSITION
## OF PLAINTIFF LEON SEGEN

TO:   Plaintiff Leon Segen c/o his counsel of record
        Ferry, Joseph & Pearce, P.A.
        attn: Theodore J. Tacconelli, Esq.
        824 Market Street, Suite 904
        P.O. Box 1351
        Wilmington, Delaware 19899

        and

        Bragar, Wexler, Eagel & Morgenstern, P.C.
        attn: Paul D. Wexler, Esq.
        885 Third Avenue
        New York, New York 10022

        and

        Ostrager Chong Flaherty & Broitman, P.C.
        attn: Glenn F. Ostrager, Esq.
        250 Park Avenue
        New York, New York 10177-0899

Please be advised that Defendants Robert Priddy ("Priddy") and RMC Capital, LLC ("RMC") (Priddy and RMC hereinafter referred to collectively as "the Priddy Defendants") will take the deposition of Plaintiff Leon Segen. The deposition will be taken pursuant to the provisions of the Federal Rules of Civil Procedure for all purposes permitted thereunder, including, but not limited to, discovery and cross examination. The deposition will be taken before an officer duly authorized to administer oaths. The date, time and place of the deposition are as set forth below:

    Date:  November 1, 2005;

    Time:  beginning at 10 o'clock a.m. on the aforementioned date and continuing from day to day and time to time until completed;

    Place:  the offices of Deponent's counsel, as follows: Bragar Wexler Eagel & Morgenstern, P.C., 885 Third Avenue, New York, New York 10022, or Ostrager Chong Flaherty & Broitman, P.C., 250 Park Avenue, New York, New York 10177—0899, as chosen by Deponent. [Deponent's Counsel is hereby requested to notify the Priddy Defendants' Counsel promptly as to the desired location for this deposition.]

The date, time and place of this deposition shall remain as set forth above, unless any one or more of these items are changed by agreement of all parties.

**[Signature Next Page]**

- 3 -

You are invited to attend this deposition.

                                                    Respectfully submitted,

                                                    /s/  L. Jason Cornell, Esquire
                                                    Neal J. Levitsky, Esquire (#2902)
                                                    L. Jason Cornell, Esquire (#3821)
                                                    Fox Rothschild, LLP
                                                    919 N. Market Street, Suite 1300
                                                    Wilmington, DE  19899-2323
                                                    (302) 622-4200
                                                    Attorneys for Defendants RMC Capital,
                                                    LLC and Robert Priddy

OF COUNSEL:       Robert N. Dokson, Esquire
                                                    Ellis, Funk, Goldberg, Labovitz &
                                                    Dokson, P.C.
                                                    One Securities Center, Suite 400
                                                    3490 Piedmont Road
                                                    Atlanta, Georgia  30305
                                                    (404) 233-2800

Date: October 12, 2005

C:\Documents and Settings\jcornell\Local Settings\Temporary Internet Files\OLK80\(Revised) Notice of Deposition of Plaintiff Leon Segen (2).doc

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Leon Segen, derivatively ) <br> on behalf of Intraware, Inc., ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> Comvest Venture Partners, LP, Comvest ) <br> Management, LLC, Commonwealth ) <br> Associates Management Company, Inc., ) <br> Commonwealth Associates, L.P., RMC Capital, ) <br> LLC, Michael S. Falk, Robert Priddy, ) <br> Travis L. Provow, Keith Rosenbloom and ) <br> Intraware, Inc., ) <br>     Defendants. ) | Civil Action File No. 04-822-JJF |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned hereby certifies a copy of **Revised Notice of Deposition of Plaintiff Leon Segen**, was served this 12th day of October, 2005 by hand delivery, upon the following individual:

    Theodore J. Tacconelli, Esq
    Ferry Joseph & Pearce, P.A.
    824 Market Street, Suite 904
    Wilmington, DE  19899

and by First Class mail, postage prepaid on the following individuals:

    Jeffrey L. Moyer, Esq.
    Srinivas M. Raju, Esq.
    Richards, Layton & Finger, P.A.
    One Rodney Square
    Wilmington, DE  19899

    Paul D. Wexler, Esq.
    Bragar, Wexler, Eagel & Morgenstern, P.C.
    885 Third Avenue
    New York, New York 10022

Clifford Thau, Esq.
Steven R. Paradise, Esq.
Sean Bukowski, Esq.
Vinson & Elkins, L.L.P.
666 Fifth Avenue, 26th Floor
New York, New York  10103-0040

Glenn F. Ostrager, Esq.
Ostrager Chong Flaherty & Broitman, P.C.
250 Park Avenue
New York, New York  10177-0899

Kurt M. Heyman, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware  19899-5130

/s/ L. Jason Cornell,  Esquire
L. Jason Cornell,  Esquire

C:\Documents and Settings\jcornell\Local Settings\Temporary Internet Files\OLK80\(Revised) Notice of Deposition of Plaintiff Leon Segen (2).doc