IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEON SEGEN, derivatively<br>on behalf of INTRAWARE INC., )<br><br>Plaintiff,<br>v.<br><br>COMVEST VENTURE PARTNERS, LP,<br>COMVEST MANAGEMENT, LLC,<br>COMMONWEALTH ASSOCIATES<br>MANAGEMENT COMPANY, INC.,<br>COMMONWEALTH ASSOCIATES, L.P.,<br>RMC CAPITAL, LLC, MICHAEL S. FALK,<br>ROBERT PRIDDY, TRAVIS L. PROVOW,<br>KEITH ROSENBLOOM and INTRAWARE, INC.,<br><br>Defendants. | C.A. No. 04-822-JJF |

### NOTICE OF SERVICE

The undersigned hereby certifies that, pursuant to Local Rule 5.4, two copies of

**Plaintiff's Objections and Responses To Defendants' Robert Priddy and RMC Capital,**

**LLC's First Request for Production of Documents** were served on October 26, 2005, upon the

following parties in the manner indicated below:

### BY HAND DELIVERY

Jeffrey L. Moyer, Esquire
Srinivas M. Raju, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19899

Neal J. Levitsky, Esquire
FOX ROTHSCHILD LLP
919 N. Market Street, Suite 1300
Wilmington, DE 19899-2323

Kurt Heyman, Esquire
THE BAYARD FIRM
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

**BY FIRST CLASS MAIL**

Clifford Thau, Esquire
Steven R. Paradise, Esquire
Sean Bukowski, Esquire
VINSON & ELKINS, L.L.P.
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040

Robert N. Dokson, Esquire
ELLIS, FUNK, GOLDBERG, LABOVITZ & DOKSON, P.C.
One Securities Centre, Suite 400
3490 Piedmont Road
Atlanta, GA 30305

FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 904
Wilmington, DE 19899
(302) 575-1555

Dated: October 26, 2005         Local Counsel for Plaintiff

OF COUNSEL:

Paul D. Wexler, Esq.
BRAGAR WEXLER EAGEL & MORGENSTERN LLP
855 Third Avenue
New York, NY 10022

Glenn F. Ostrager, Esq.
OSTRAGER CHONG & FLAHERTY LLP
825 Third Avenue
New York, NY 10022

## CERTIFICATE OF SERVICE

I, hereby certify that on October 26, 2005, I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Jeffrey L. Moyer, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19899

Neal J. Levitsky, Esquire
FOX ROTHSCHILD LLP
919 N. Market Street, Suite 1300
Wilmington, DE 19899-2323

Kurt Heyman, Esquire
THE BAYARD FIRM
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

I, hereby certify that on October 26, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

Clifford Thau, Esquire
Steven R. Paradise, Esquire
Sean Bukowski, Esquire
VINSON & ELKINS, L.L.P.
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040

Robert N. Dokson, Esquire
ELLIS, FUNK, GOLDBERG, LABOVITZ & DOKSON, P.C.
One Securities Centre, Suite 400
3490 Piedmont Road
Atlanta, GA 30305

/s/ Theodore J. Tacconelli
Ferry, Joseph & Pearce, P.A.
824 Market Street
(302) 575-1555
ttacconelli@ferryjoseph.com