IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEON SEGEN, derivatively on behalf of<br>INTRAWARE, INC., | :<br>:<br>: |
| Plaintiff, | :<br>: |
| v. | :    C.A. No. 04-822 (JJF) |
| | : |
| COMVEST VENTURE PARTNERS, LP,<br>COMVEST MANAGEMENT, LLC,<br>COMMONWEALTH ASSOCIATES<br>MANAGEMENT COMPANY, INC.,<br>COMMONWEALTH ASSOCIATES, L.P.,<br>RMC CAPITAL, LLC, MICHAEL S. FALK,<br>ROBERT PRIDDY, TRAVIS L. PROVOW,<br>KEITH ROSENBLOOM and<br>INTRAWARE, INC., | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| Defendants. | : |

### NOTICE OF FIRM CHANGE

PLEASE TAKE NOTICE that Kurt M. Heyman, Esquire, and Patricia L. Enerio, Esquire, are now affiliated with the law firm of Proctor Heyman LLP, and they will remain as counsel of record for Nominal Defendant Intraware, Inc.

                                                                                PROCTOR HEYMAN LLP

                                                                                /s/ Kurt M. Heyman
                                                                                Kurt M. Heyman (# 3054)
                                                                                Email: kheyman@proctorheyman.com
                                                                                Patricia L. Enerio (# 3728)
                                                                                Email: penerio@proctorheyman.com
                                                                                1116 West Street
                                                                                Wilmington, DE 19801
                                                                                (302) 472-7300

                                                                                Attorneys for Nominal Defendant
                                                                                Intraware, Inc.

DATED: January 5, 2006

588996v1

## CERTIFICATE OF SERVICE

Kurt M. Heyman, Esquire hereby certifies that on January 5, 2006, copies of the foregoing Notice of Firm Change were served electronically upon the following counsel:

Theodore J. Tacconelli, Esquire
Ferry Joseph & Pearce, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19801

Jeffrey L. Moyer, Esquire
Richards, Layton 7 Finger
One Rodney Square
P.O. Box 19899
Wilmington, DE 19899

Neal J. Levitsky, Esquire
Fox Rothschild, Esquire
919 North Market Street, Suite 1300
P.O. box 2323
Wilmington, DE 19899

_____
Kurt M. Heyman (# 3054)

588996v1