**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Leono Segen, derivatively ) | |
| on behalf of Intraware, Inc., ) | |
|   ) | |
| Plaintiff, ) | |
|   ) | |
| v.  ) | C.A. No. 04-822 JJF |
|   ) | |
| Comvest Venture Partners, LP, Comvest ) | |
| Management, LLC, Commonwealth ) | |
| Associates Management Company, Inc., ) | |
| Commonwealth Associates, L.P., RMC Capital, ) | |
| LLC, Michael S. Falk, Robert Priddy, ) | |
| Travis L. Provow, Keith Rosenbloom and ) | |
| Intraware, Inc. ) | |
|   ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned caused to be served the Notices of

Deposition of Glenn F. Ostrager, Esquire and Paul D. Wexler, Esquire upon the following

individuals, by First Class Mail, postage prepaid, this 13th day of February, 2006:

Paul D. Wexler, Esquire
Bragar, Wexler, Eagel & Morgenstern, P.C.
885 Third Avenue
New York, NY 10022

Glenn F. Ostrager, Esquire
Ostrager Chong Flaherty & Broitman, P.C.
250 Park Avenue
New York, NY 10177-8099

WM1A 73365v1 02/13/06

                                                   FOX ROTHSCHILD, LLP

                                                   <u>/s/ L. JASON CORNELL, ESQUIRE</u>
                                                   NEAL J. LEVITSKY, ESQUIRE
                                                   L. JASON CORNELL, ESQUIRE
                                                 919 N. Market Street, Suite 1300
                                                 P.O. Box 2323
                                                 Wilmington, DE 19899-2323
                                                 (302) 622-4206

February 13, 2006

WM1A 73365v1 02/13/06

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that one (1) copy of the attached Notice of Service was served on following individuals this 13th day of February, 2006, by First Class Mail, postage prepaid:

Paul D. Wexler, Esquire
Bragar, Wexler, Eagel & Morgenstern, P.C.
885 Third Avenue
New York, NY 10022

Glenn F. Ostrager, Esquire
Ostrager Chong Flaherty & Broitman, P.C.
250 Park Avenue
New York, NY 10177-8099

                                              /s/ L. JASON CORNELL, ESQUIRE
                                              L. JASON CORNELL, ESQUIRE