IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEON SEGEN, derivatively on behalf of<br>INTRAWARE INC., <br><br>    Plaintiff,<br><br>    v.<br><br>COMVEST VENTURE PARTNERS, LP,<br>COMVEST MANAGEMENT, LLC,<br>COMMONWEALTH ASSOCIATES<br>MANAGEMENT COMPANY, INC.,<br>COMMONWEALTH ASSOCIATES, L.P.,<br>RMC CAPITAL, LLC, MICHAEL S. FALK,<br>ROBERT PRIDDY, TRAVIS L. PROVOW,<br>KEITH ROSENBLOOM and<br>INTRAWARE, INC:<br><br>    Defendants. | :<br>:<br>:<br>:<br>:   Civil Action No.: 04-822-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Robert N. Dokson, Esquire to represent RMC Capital, LLC and Robert Priddy in this action.

                                            FOX ROTHSCHILD LLP

                                            Neal J. Levitsky, Esquire (No. 2092)
                                            L. Jason Cornell, Esquire (No. 3821)
                                            Citizens Bank Center
                                            919 North Market Street, Suite 1300
                                            P.O. Box 2323
                                            Wilmington, DE 19899-2323
                                            (302) 654-7444

WM1A 73650v1 02/22/06

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. **I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.**

_____
Robert N. Dokson, Esquire
Ellis Funk, P.C.
One Securities Centre, Suite 400
3490 Piedmont Road
Atlanta GA  30305-4808
Telephone: (404) 233-2800
Facsimile: (404) 233-2188


## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____         _____
                              United States District Court Judge

WM1A 73650v1 02/22/06

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two (2) copies of the attached Motion for Admission Pro Hac Vice were served this 23rd day of February, 2006 upon the following individual by First Class Mail, postage prepaid:

Paul D. Wexler, Esquire
Bragar, Wexler, Eagel & Morgenstern, P.C.
885 Third Avenue
New York, NY 10022

Glenn F. Ostrager, Esquire
Ostrager Chong Flaherty & Broitman, P.C.
250 Park Avenue
New York, NY 10177-8099

/s/ L. Jason Cornell, Esquire
L. Jason Cornell, Esquire (No. 2092)

WM1A 73650v1 02/22/06