UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

LEON SEGEN, derivatively on behalf of INTRAWARE, INC.

    Plaintiff,

v.

COMVEST VENTURE PARTNERS, LP, COMVEST MANAGEMENT, LLC, COMMONWEALTH ASSOCIATES MANAGEMENT COMPANY, INC., COMMONWEALTH ASSOCIATES, L.P., RMC CAPITAL, LLC, MICHAEL S. FALK, ROBERT PRIDDY, TRAVIS L. PROVOW, KEITH ROSENBLOOM and INTRAWARE, INC.,

    Defendants.

Civil Action No. 04-822-JJF

### PLAINTIFF'S MOTION TO VACATE NOTICES OF DEPOSITION, QUASH SUBPOENAS AND FOR RULE 37 COSTS

Plaintiff, Leon Segen respectfully moves this Court for an order pursuant to Fed. R. Civ. P 26(c): a) vacating the Notices of Deposition and quashing the subpoenas issued by defendants on plaintiff's counsel Paul D. Wexler and Glenn F. Ostrager seeking their deposition testimony and documents in their possession; and b) in support of an order pursuant to Fed. R. Civ. P 26(g)(2) and 37 seeking sanctions against Ellis Funk, PC, counsel for certain defendants who issued the subpoenas and Notices of Deposition on the ground that such discovery requests were not substantially justified. Copies of the discovery requests are annexed to the Declaration of Paul D. Wexler.

In support of this motion, plaintiff has filed the Declaration of Paul D. Wexler, a Local Rule 7.1.1 Statement and Plaintiff's Memorandum of Law in Support of the Motion, which are incorporated herein by reference.

Dated: March 1, 2006

                         FERRY, JOSEPH & PEARCE, P.A.

                         Theodore J. Tacconelli (No. 2678)

                         824 Market Street
                         Suite 904
                         P.O. Box 1351
                         Wilmington, Delaware 109899
                         (302) 575-1555

                                  -and-

                         PAUL D. WEXLER
                         BRAGAR WEXLER & EAGEL, P.C.

                         885 Third Avenue
                         New York, New York 10022
                         (212) 308-5858

                                  -and-

                         GLENN F. OSTRAGER
                         OSTRAGER CHONG FLAHERTY
                          & BROITMAN P.C.

                         250 Park Avenue
                         New York, New York 10177-0899

                         Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LEON SEGEN, derivatively on behalf of INTRAWARE, INC.<br><br>   Plaintiff,<br><br>v.<br><br>COMVEST VENTURE PARTNERS, LP, COMVEST MANAGEMENT, LLC, COMMONWEALTH ASSOCIATES MANAGEMENT COMPANY, INC., COMMONWEALTH ASSOCIATES, L.P., RMC CAPITAL, LLC, MICHAEL S. FALK, ROBERT PRIDDY, TRAVIS L. PROVOW, KEITH ROSENBLOOM and INTRAWARE, INC.,<br><br>   Defendants. | Civil Action No. 04-822(JJF) |

**PLAINTIFF'S LOCAL RULE 7.1.1 STATEMENT**

**PAUL D. WEXLER** states:

1. I am a member of Bragar Wexler & Eagel PC, co-counsel for plaintiff Leon Segen. I submit this Statement pursuant to Local Rule 7.1.1 regarding counsel's efforts to reach agreement with respect to plaintiff's motion to quash the subpoenas and Notices of Deposition issued by the Ellis Funk, PC law firm ("Funk"), counsel for certain of the defendants. The subpoenas and Notices, copies of which are annexed to the accompanying Wexler Affirmation as Ex. A, were directed to my co-counsel,

Glenn F. Ostrager, and myself personally.

2. Over the course of the past approximately six months, defendants have requested informally on a number of occasions that Mr. Ostrager and I voluntarily provide depositions and documents on the merits of this case. When asked for the basis of this request, defendants' counsel claimed that Mr. Ostrager and I have relevant information concerning defendants' statute of limitations defense. We have advised them that, as a matter of fact and law, our testimony would provide no relevant information as to this defense and that there was no cause for our depositions to be conducted. We exchanged views on this subject with the Funk firm by telephone and by e-mails. During the course of the on-going colloquy among counsel, Mr. Segen was deposed and relevant, non-privileged documents were produced.

3. On or about February 13, 2006, the Funk firm served me and Mr. Ostrager with subpoenas requiring us to be deposed on March 14, 2006. In addition, the subpoenas require us to provide documents relating to the merits of the lawsuit. I immediately wrote to Robert Dokson, Esq. of the Funk firm we would not appear for depositions, that the documents he sought had already been the subject of a Rule 34 request to the plaintiff and that if the subpoenas were not withdrawn, we would seek this Court's

2

intervention to quash the subpoenas and that we would seek the imposition of costs pursuant to Fed. R. Civ. P. 37 (A copy of the letter is annexed to the Wexler Affirmation as Ex. B) In a telephone conversation on February 22, 2006 and in a subsequent letter, Mr. Dokson advised me that the subpoenas would not be withdrawn.

New York, New York
February 28, 2006

_____
Paul D. Wexler

3

## CERTIFICATE OF SERVICE

I, hereby certify that on March 1, 2006, I electronically filed Plaintiff's Motion to Vacate Notices of Deposition, Quash Subpoenas and For Rule 37 Costs and Rule 7.1.1 Statement with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Jeffrey L. Moyer, Esquire
Alyssa M. Schwartz, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19899

Neal J. Levitsky, Esquire
FOX ROTHSCHILD LLP
919 N. Market Street, Suite 1300
Wilmington, DE 19899-2323

Kurt Heyman, Esquire
Procter Heyman, LLP
1116 West Street
Wilmington, DE 19801

I, hereby certify that on March 1, 2006, I have mailed by United States Postal Service, the documents to the following non-registered participants:

Clifford Thau, Esquire
Steven R. Paradise, Esquire
Sean Bukowski, Esquire
VINSON & ELKINS, L.L.P.
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040

Robert N. Dokson, Esquire
ELLIS, FUNK, GOLDBERG, LABOVITZ & DOKSON, P.C.
One Securities Centre, Suite 400
3490 Piedmont Road
Atlanta, GA 30305

/s/ Theodore J. Tacconelli
Ferry, Joseph & Pearce, P.A.
824 Market Street
(302) 575-1555
ttacconelli@ferryjoseph.com