IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Leon Segen, derivatively on behalf of Intraware, Inc.,<br>    Plaintiff<br><br>v.<br><br>Comvest Venture Partners, LP, Comvest Management, LLC, Commonwealth Associates Management Company, Inc., Commonwealth Associates, L.P., RMC Capital, LLC, Michael S. Falk, Robert Priddy, Travis L. Provow, Keith Rosenbloom and Intraware, Inc.,<br>    Defendants. | )<br>)<br>)<br>)<br>)Civil Action File No. 04-822-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS ROBERT PRIDDY'S AND RMC CAPITAL, LLC'S RESPONSIVE PAPERS IN OPPOSITION TO PLAINTIFF'S MOTION TO VACATE NOTICES OF DEPOSITION, QUASH SUBPOENAS AND FOR RULE 37 COSTS AND IN SUPPORT OF PRIDDY DEFENDANTS' REQUEST FOR RULE 37 FEES AND EXPENSES

Neal J. Levitsky, Esq. (#2092)
L. Jason Cornell, Esq. (#3821)
Fox Rothschild, LLP
919 N. Market Street, Suite 1300
Wilmington, DE 19899-2323
(302) 622-4200

Robert N. Dokson, Esq. (Ga. #225000)
(admitted pro hac vice)
Ellis Funk, P.C.
3490 Piedmont Road
Atlanta, GA 30305
(404) 233-2800
Attorneys for Defendants Robert Priddy and
RMC Capital, LLC

WM1A 75586v1 03/20/06

Date:   March 20, 2006

## INDEX

| | | |
|---|---|---|
| **Tab "A"** | - | Defendants Robert Priddy's and RMC Capital, LLC's Brief In Opposition To Plaintiff's Motion To Vacate Notices of Deposition, Quash Subpoenas And For Rule 37 Costs And In Support of Priddy Defendants' Request For Rule 37 Fees And Expenses (with cases attached pursuant to Local Rule 7.1.3(a)(G) |
| **Tab "B"** | - | Affidavit of Robert N. Dokson In Support of Priddy Defendants' Opposition To Motion To Vacate Notices of Deposition, Quash Subpoenas And For Rule 37 Costs And In Support of Priddy Defendants' Request For Rule 37 Fees And Expenses (with Exhibits) |
| **Tab "C"** | - | Affidavit of Steve Paradise In Support of Priddy Defendants' Opposition To Motion To Vacate Notices of Deposition, Quash Subpoenas And For Rule 37 Costs (with Exhibits) |
| **Tab "D"** | - | Master Notice of Service |