IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Leon Segen, derivatively on behalf of Intraware, Inc.,<br>Plaintiff<br><br>v.<br><br>Comvest Venture Partners, LP, Comvest Management, LLC, Commonwealth Associates Management Company, Inc., Commonwealth Associates, L.P., RMC Capital, LLC, Michael S. Falk, Robert Priddy, Travis L. Provow, Keith Rosenbloom and Intraware, Inc.,<br>Defendants. | Civil Action File No. 04-822-JJF |

## MASTER NOTICE OF SERVICE

The undersigned hereby certifies that a copy of **Defendants Robert Priddy's And RMC Capital, LLC's Responsive Papers In Opposition To Plaintiff's Motion To Vacate Notices of Depositions, Quash Subpoenas And For Rule 37 Costs And In Support of Priddy Defendants' Request For Rule 37 Fees And Expenses (including a Brief In Opposition, Affidavit of Robert N. Dokson, and Affidavit of Steven Paradise)** was served this 20th day of March, 2006 upon the individuals listed below in the manner specified:

Theodore J. Tacconelli, Esq
Ferry Joseph & Pearce, P.A.
824 Market Street, Suite 904
Wilmington, DE  19899 **(Via Hand Delivery)**


Jeffrey L. Moyer, Esq.
Srinivas M. Raju, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19899 **(Via Hand Delivery)**

WM1A 75586v1 03/20/06

- 2 -

Paul D. Wexler, Esq.
Bragar, Wexler, Eagel & Morgenstern, P.C.
885 Third Avenue
New York, New York 10022 **(Via First Class Mail, postage prepaid)**

Clifford Thau, Esq.
Steven R. Paradise, Esq.
Vinson & Elkins, L.L.P.
666 Fifth Avenue, 26th Floor
New York, New York  10103-0040 **(Via First Class Mail, postage prepaid)**

Glenn F. Ostrager, Esq.
Ostrager Chong Flaherty & Broitman, P.C.
250 Park Avenue
New York, New York  10177-0899 **(Via First Class Mail, postage prepaid)**

Kurt M. Heyman, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware  19899-5130 **(Via Hand Delivery)**

Clifford Thau,  Esq.
Steven R. Paradise, Esq.
Sean Bukowski,  Esq.
Vinson & Elkins, LLP
666 Fifth Avenue,  26th Floor
New York, NY 10103-0040 **(Via First Class Mail, postage prepaid)**

                                        Fox Rothschild, LLP


                                        /s/ L. Jason Cornell,  Esquire
                                        Neal J. Levitsky, Esquire (No. 2092)
                                        L. Jason Cornell,  Esquire (No. 3821)
                                        919 N. Market Street, Suite 1300
                                        Wilmington, DE 19899-2323
                                        (302) 622-4200

                                        -and-

> Robert N. Dokson, Esquire (Ga. Bar
> No. 225000, admitted pro hac vice)
> One Securities Center, Suite 400
> 3490 Piedmont Road
> Atlanta, Georgia 30305
>
> *Attorneys For Defendants Robert Priddy and RMC Capital, LLC*

Dated: <u>March 20, 2006</u>