IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEON SEGEN, derivatively on behalf of INTRAWARE INC., <br><br> Plaintiff, <br> v. <br><br> COMVEST VENTURE PARTNERS, LP, COMVEST MANAGEMENT, LLC, COMMONWEALTH ASSOCIATES MANAGEMENT COMPANY, INC., COMMONWEALTH ASSOCIATES, L.P., RMC CAPITAL, LLC, MICHAEL S. FALK, ROBERT PRIDDY, TRAVIS L. PROVOW, KEITH ROSENBLOOM and INTRAWARE, INC., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 04-822-JJF ) ) ) ) ) ) ) ) ) ) ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, by and through their undersigned counsel and subject to the approval of the Court, that the time within which plaintiff may file his Reply Brief regarding Plaintiff's Motion to Vacate Notices of Deposition, Quash Subpoenas and for Rule 37 Costs is extended through and including April 3, 2006.

FERRY, JOSEPH & PEARCE, P.A.

_____
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351
Telephone: (302) 575-1555
*Counsel for Plaintiff*

FOX ROTHSCHILD LLP

_____
Neal J. Levitsky (No. 2092)
L. Jason Cornell (No. 3821)
Fox Rothschild LLP
919 Market Street, Suite 1300
Wilmington, DE 19899
Telephone: (302) 622-4200

- and -

Robert N. Dokson, Esquire
ELLIS, FUNK, GOLDBERG, LABOVITZ
& DOKSON, P.C.
One Securities Centre, Suite 400
3490 Piedmont Road
Atlanta, GA 30305
Telephone: (404) 233-2800

*Counsel for Defendants Robert Priddy and RMC Capital, LLC*

IT IS SO ORDERED, this _____ day of _____, 2006.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, hereby certify that on March 24, 2006, I electronically filed the foregoing Stipulation and Order with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Jeffrey L. Moyer, Esquire
>RICHARDS, LAYTON & FINGER, P.A.
>One Rodney Square
>Wilmington, DE 19899

>Neal J. Levitsky, Esquire
>FOX ROTHSCHILD LLP
>919 N. Market Street, Suite 1300
>Wilmington, DE 19899-2323

>Kurt M. Heyman, Esquire
>PROCTOR HEYMAN LLP
>1116 West Street
>Wilmington, DE 19801

I, hereby certify that on March 24, 2006, I have mailed by United States Postal Service, the document to the following non-registered participants:

>Clifford Thau, Esquire
>Steven R. Paradise, Esquire
>Sean Bukowski, Esquire
>VINSON & ELKINS, L.L.P.
>666 Fifth Avenue, 26th Floor
>New York, NY 10103-0040

>Robert N. Dokson, Esquire
>ELLIS, FUNK, GOLDBERG, LABOVITZ & DOKSON, P.C.
>One Securities Centre, Suite 400
>3490 Piedmont Road
>Atlanta, GA 30305

>/s/ Theodore J. Tacconelli
>Ferry, Joseph & Pearce, P.A.
>824 Market Street
>(302) 575-1555
>ttacconelli@ferryjoseph.com