IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEON SEGEN, derivatively on behalf of INTRAWARE INC., <br><br> Plaintiff, <br> v. <br><br> COMVEST VENTURE PARTNERS, LP, COMVEST MANAGEMENT, LLC, COMMONWEALTH ASSOCIATES MANAGEMENT COMPANY, INC., COMMONWEALTH ASSOCIATES, L.P., RMC CAPITAL, LLC, MICHAEL S. FALK, ROBERT PRIDDY, TRAVIS L. PROVOW, KEITH ROSENBLOOM and INTRAWARE, INC., <br><br> Defendants. | C.A. No. 04-822-JJF |

## STIPULATED ORDER TO STAY BRIEFING SCHEDULE REGARDING PLAINTIFF'S MOTION TO VACATE NOTICES OF DEPOSITION, QUASH SUBPOENAS AND FOR RULE 37 FEES, DUE TO ANTICIPATED SETTLEMENT

WHEREAS, on March 1, 2006 the Plaintiff filed his Motion to Vacate Notices of Deposition, Quash Subpoenas and for Rule 37 Costs ("Motion") and Memorandum of Law in Support Thereof and the Affirmation of Paul D. Wexler.

WHEREAS, on March 20, 2006 Defendants Robert Priddy and RMC Capital, LLC filed their Responsive Papers in Opposition to the Motion.

WHEREAS, the parties to this action have reached an agreement in principle to settle this action and are now in the process of documenting that settlement.

WHEREAS, the parties hereto agree that the Motion should not be further briefed at this time because it will likely become moot upon the final documentation of the settlement.

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, by and through their undersigned counsel and subject to the approval of the Court, that briefing on the Motion shall be stayed until the settlement is consummated or upon further order of the Court. The Plaintiff shall not be required to file a Reply Brief at this time and if the settlement is not finalized, then the parties will notify the Court and negotiate a deadline for the Reply Brief.

| | |
|---|---|
| FERRY, JOSEPH & PEARCE, P.A. | FOX ROTHSCHILD LLP |
| /s/ Lisa M. Coggins (#4234) | |
| Theodore J. Tacconelli (No. 2678) | Neal J. Levitsky (No. 2092) |
| 824 Market Street, Suite 904 | L. Jason Cornell (No. 3821) |
| P.O. Box 1351 | Fox Rothschild LLP |
| Wilmington, DE 19899-1351 | 919 Market Street, Suite 1300 |
| Telephone: (302) 575-1555 | Wilmington, DE 19899 |
| *Counsel for Plaintiff* | Telephone: (302) 622-4200 |

- and -

Robert N. Dokson, Esquire
ELLIS, FUNK, GOLDBERG, LABOVITZ
 & DOKSON, P.C.
One Securities Centre, Suite 400
3490 Piedmont Road
Atlanta, GA 30305
Telephone: (404) 233-2800

*Counsel for Defendants Robert Priddy and RMC Capital, LLC*

IT IS SO ORDERED, this _____ day of _____, 2006.

_____
United States District Judge